
1  Robert F. McCauley (SBN 162056)
   Robert.McCauley@finnegan.com
2  Jacob A. Schroeder (SBN 264717)
   Jacob.Schroeder@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
4  3300 Hillview Avenue
   Palo Alto, CA  94304-1203
5  Telephone:     (650) 849-6600
   Facsimile:     (650) 849-6666
6
   *Attorneys for Plaintiff*
7  HANGZHOU CHIC INTELLIGENT
   TECHNOLOGY CO., LTD.
8

9  Lei Mei (SBN 240104)
   Email: mei@meimark.com
10 MEI & MARK LLP
   818 18th Street, N.W., Suite 410
11 Washington, DC 20006
   Telephone: 888-860-5678
12 Facsimile: 888-706-1173

13 *Counsel for Defendant and Counterclaimant*
   SWAGWAY, LLC
14

15                IN THE UNITED STATES DISTRICT COURT

16              FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                       SAN FRANCISCO DIVISION

18

| | |
|---|---|
| HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD., | CASE NO. 3:16-cv-04804-HSG |
| Plaintiff/Counter-Defendant, | **JOINT STIPULATION TO AMEND BRIEFING SCHEDULE AND ORDER** |
| v. | |
| SWAGWAY, LLC, | |
| Defendant/Counterclaimant. | |

Pursuant to Civil L.R. 6-2, Plaintiff Hangzhou Chic Intelligent Technology Co., Ltd. ("Chic") and Defendant Swagway, LLC ("Swagway") hereby submit this Joint Stipulation to Amend Briefing Schedule and Proposed Order.

On September 2, 2016, Swagway filed Defendant's Motion to Transfer Venue (ECF No. 15), which was originally set for hearing on October 13, 2016.  On September 7, 2016, the court continued the hearing on Swagway's motion until November 10, 2016 (ECF No. 16).

Based on the intervening Labor Day holiday, the fact-intensive nature of a transfer analysis, and because the hearing on Swagway's motion is scheduled for mid-November, the parties respectfully request and stipulate to the following:

- a one-week extension for Chic to file its opposition to Swagway's motion, extending the due date for Chic's opposition from September 16, 2016, to September 23, 2016; and
- an additional week for Swagway to file its reply, extending the due date for Swagway's reply from September 30, 2016, to October 7, 2016.

The Court will have more than one month between the filing of Swagway's reply (on October 7) and the hearing (on November 10) to consider full briefing on Swagway's motion, assuming the parties' stipulation is granted.

There have been no other time modifications in this case, the requested time modification will not have any impact on the schedule for the case.

| | |
|---|---|
| Dated: September 12, 2016 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |

By: */s/ Jacob A. Schroeder*
Jacob A. Schroeder

Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Jacob A. Schroeder (SBN 264717)
jacob.schroeder@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

*Attorneys for Plaintiff*
HANGZHOU CHIC INTELLIGENT
TECHNOLOGY CO., LTD.

By:  */s/ Lei Mei*
Lei Mei

Lei Mei (SBN 240104)
Email: mei@meimark.com
MEI & MARK LLP
818 18th Street, N.W., Suite 410
Washington, DC 20006
Telephone: 888-860-5678
Facsimile: 888-706-1173

*Counsel for Defendant and Counterclaimant*
SWAGWAY, LLC

## **ATTESTATION**

I, Jacob A. Schroeder, hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

By: */s/ Jacob A. Schroeder*
Jacob A. Schroeder
*Attorney for Plaintiff*

**ORDER**

The above JOINT STIPULATION TO AMEND BRIEFING SCHEDULE is hereby GRANTED.  Chic's opposition to Swagway's Motion to Transfer Venue (ECF No. 15) is due on September 23, 2016, and Swagway's reply is due on October 7, 2016.

IT IS SO ORDERED.

Dated:  September 13, 2016

Honorable Haywood S. Gilliam, Jr.
United States District Judge