Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD.

Plaintiff(s),

v.

SWAGWAY, LLC

Defendant(s).

Case No: 3:16-cv-04804-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Elizabeth D. Ferrill, an active member in good standing of the bar of the Commonwealth of Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: HANGZHOU CHIC INTELLIGENT TECHNOLOGY in the above-entitled action. My local co-counsel in this case is Jacob A. Schroeder, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 901 New York Avenue, NW<br>Washington, DC 20001 | 3300 Hillview Avenue<br>Palo Alto, California 94304 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 408-4000 | (650) 849-6600 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Elizabeth.Ferrill@finnegan.com | Jacob.Schroeder@finnegan.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 72935.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/26/16

Elizabeth D. Ferrill
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Elizabeth D. Ferrill is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/27/2016

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

Elizabeth Diane Ferrill

was admitted to practice as an attorney and counsellor at the bar of this Court on October 30, 2006.

I further certify that so far as the records of this office are concerned, Elizabeth Diane Ferrill is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 21st day of September A.D. 2016

By: _____
*Deputy Clerk*