**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD., a Chinese Company,<br><br>          Plaintiff/Counter-Defendant,<br><br>     v.<br><br>SWAGWAY, LLC, an Indiana Limited Liability Company,<br><br>          Defendant/Counterclaimant. | Case No. 3:16-cv-04804-HSG<br><br>Hon. Haywood S. Gilliam, Jr |

**ORDER GRANTING SWAGWAY, LLC'S MOTION TO APPEAR BY <u>TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE</u>**

The Court has heard and considered the arguments and presentations of counsel for Swagway, LLC and being otherwise fully advised in the premises, Swagway, LLC's Motion to Appear by Telephone at Initial Case Management Conference is hereby GRANTED.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated:  <u>November 16, 2016</u>

                                                                                HAYWOOD S. GILLIAM, JR.
                                                                                United States District Judge